P.05

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

COMPLAINT

DCTN: 010705292
Lockup No: 30
Case No: _____

District of Columbia ss:

| Defendant's Name: | Bruce |  | Shelton |  | 281551 | 07112700 |
|---|---|---|---|---|---|---|
|  | (First) | (MI) | (Last) |  | (PDID) | (CCNO) |

Address: _____, WASH DC

On or about August 14, 2007, within the District of Columbia, Bruce Shelton wrongfully obtained and used property of a value of $250 or more, belonging to Treasure Trove, consisting of jewelry, with the intent to appropriate the property for his own use and to deprive Treasure Trove of a right to and benefit of the property. (First Degree Theft, in violation of 22 D.C. Code, Section 3211, 3212(a) (2001 ed.))

Co-Defendants:

**REDACTED**

_____
Affiant's Name

Subscribed and sworn to before me this ___4___ day of _____October, 2007_____

_____
(Judge) (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
  WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____
                                            Judge - Superior Court of the District of Columbia

Rule 105: ☐ _____
                                            Judge

| Sex: Male | DOB: | CCN: 07112700 | PDID: 281551 |
|---|---|---|---|
| Papering Officer: |  |  | Badge No.: |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☒ |