AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

__Bruce T. Shelton__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __08-51-M__

CHARGING DISTRICTS
CASE NUMBER: __2007 CF2 023342__

I understand that charges are pending in the __Superior Court for the__ District of __Columbia__ alleging violation of __D.C. Code §23-1329(d) 1996__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
Defendant

__3/3/2008__
Date

_[signature]_
Defense Counsel