AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

Bruce T. Shelton,

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 08-51-M

Charging District Case Number:

2007 CF2 023342

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Superior Court of the__ District of __Columbia__; and shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __Sup. Court for the District of Columbia, Pretrial Services, Failure to appear Division__
_Place and Address_
__500 Indiana Ave., Washington, DC 20001__ on __3/6/2008   4:00 pm__.
_Date and Time_

_Signature of Judicial Officer_

__3/3/2008__
_Date_                                            _Name and Title of Judicial Officer_